UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEVON ALFONO WILLIAMS,

Plaintiff,

v.

RAVIJOT GILL, et al.,

Defendants.

Case No.: 1:26-cv-02864-KES-EGC (PC)

**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE**

(Doc. 11)

Plaintiff Devon Alfono Williams is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

**I. INTRODUCTION**

On June 29, 2026, the undersigned issued Findings and Recommendations to Dismiss Action Without Prejudice for Plaintiff's Failure to Obey Court Orders and Failure to Prosecute. (Doc. 11.) More specifically, because Plaintiff had failed to submit this Court's Application to Proceed In Forma Pauperis (IFP) form, dismissal was recommended. (*Id*. at 2-5.) Significantly however, Plaintiff was also afforded "one final opportunity to submit the correct IFP form" within the objection period. (*Id*. at 5 & 6, n.3.)

On July 23, 2026,[1] Plaintiff filed the correct IFP application form. (Doc. 12.)

[1] Although submitted beyond the 14-day objection period, a review of the IFP application reveals Plaintiff acted diligently. More specifically, his IFP application was submitted to correctional officials in accounting on July 7, 2026 (*see* Doc. 12 at 1) and includes a certification by an authorized correctional official on July 8, 2026 (*id*. at 2-5). The Court thus finds any further delay in returning the completed IFP application to the Court is inconsequential.

## II. CONCLUSION AND ORDER

Plaintiff has submitted a completed IFP application as previously ordered and the Court intends to grant Plaintiff IFP status.[2] Accordingly, the Court **HEREBY ORDERS** that:

1. The Findings and Recommendations to dismiss this action, issued June 29, 2026 (Doc. 11), are **VACATED**; and
2. Plaintiff's complaint will be screened in due course.[3] *See* 28 U.S.C. § 1915A(a).

IT IS SO ORDERED.

Dated: **July 24, 2026**

UNITED STATES MAGISTRATE JUDGE

[2] A separate order will issue regarding IFP status.

[3] Plaintiff is advised this Court is one of the busiest district courts in the nation. All judges carry heavy caseloads and dozens of prisoner civil rights complaints await screening on the undersigned's docket. Further, this Court is under a continuing judicial emergency. *See* https://www.caed.uscourts.gov/caednew/index.cfm/news/judicial-emergency/. Delays, while unfortunate, are inevitable. Plaintiff's complaint will be screened as soon as is practicable.